THE STATE, AARON RAYMOND ET AL., PLAINTIFFS IN ERROR, v. THE MAYOR AND COUNCIL OF THE BOROUGH OF RUTHERFORD, DEFENDANTS IN ERROR.

On error to the Supreme Court.    For opinion of Supreme Court, see 26 *Vroom* 441.

For the plaintiffs in error, *Addison Ely.*

For the defendants in error, *Edward J. Luce.*

PER CURIAM.

In affirming the judgment of the Supreme Court in this case, this court does not decide whether the expense of searching the title of the land within the avenue is assessable as

part of the cost of "grading." The reasons assigned do not cover such an objection, and the unquestionable expenses of the grading were sufficient to make up the total sum assessed.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, REED, VAN SYCKEL, BOGERT, BROWN, PHELPS, SMITH. 9.

*For reversal*—None.